

# NUMBER 13-25-00011-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ELEVATE RECIPROCAL EXCHANGE

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva[1]**

By petition for writ of mandamus, relator Elevate Reciprocal Exchange asserts that the trial court abused its discretion by denying relator's motion to compel appraisal in the underlying suit. We deny relief.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836,

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy on appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). A trial court abuses its discretion if its "decision is 'so arbitrary and unreasonable as to amount to a clear and prejudicial error of law'" or if it errs in "'determining what the law is or applying the law to the facts,' even when the law is unsettled." *In re K & L Auto Crushers, LLC*, 627 S.W.3d 239, 247 (Tex. 2021) (orig. proceeding) (cleaned up) (quoting first *Walker*, 827 S.W.2d at 839, then *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135).

The Court, having examined and fully considered the petition for writ of mandamus and the response filed by real party in interest Rogelio Vecchio III, is of the opinion that relator has not met its burden to obtain relief. Accordingly, relator's request to stay the trial court proceedings, previously carried with the case, is denied, as is the petition for writ of mandamus. *See* TEX. R. APP. P. 52.4, 52.8, 52.10.

CLARISSA SILVA
Justice

Delivered and filed on the
5th day of February, 2025.

2